**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PUBLIC SERVICE COMPANY OF
NEW MEXICO,

       Plaintiff,

vs.                                         CV No. 15-501 JAP/CG

APPROXIMATELY 15.49 ACRES OF LAND
IN MCKINLEY COUNTY, NEW MEXICO, et al.,

       Defendants.


Consolidated with


LORRAINE BARBOAN, et al.

       Plaintiffs,

vs.                                         CV No. 15-826 JAP/CG

PUBLIC SERVICE COMPANY OF
NEW MEXICO, et al.

       Defendants.

## ORDER TO FILE JOINT STATUS REPORT

      **THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY**

**ORDERED** that the parties shall file a joint status report by **August 14, 2017**. The joint

status report shall state how the parties in these consolidated cases plan to proceed in

light of the Tenth Circuit's decision filed on July 31, 2017 (Doc. 140).

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE