**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PUBLIC SERVICE COMPANY OF
NEW MEXICO,

        Plaintiff,

vs.                                         CV No. 15-501 JAP/CG

APPROXIMATELY 15.49 ACRES OF LAND
IN MCKINLEY COUNTY, NEW MEXICO, et al.,

        Defendants.

Consolidated with

LORRAINE BARBOAN, et al.

        Plaintiffs,

vs.                                         CV No. 15-826 JAP/CG

PUBLIC SERVICE COMPANY OF
NEW MEXICO, et al.

        Defendants.

## ORDER GRANTING MOTION TO STAY DEADLINES
## IN INITIAL SCHEDULING ORDER

      **THIS MATTER** is before the Court upon the parties' *Joint Motion to Stay*

*Deadlines Contained in the Court's September 18, 2017 Initial Scheduling Order*, (Doc.

149), filed October 23, 2017. The parties ask the Court to stay the deadlines in the Initial

Scheduling Order, (Doc. 148), for 90 days so the parties can determine the current

ownership status of the three remaining allotments. (Doc. 149 at 2-3). The Court, having

considered the Motion, noting it is unopposed, and being otherwise fully advised, finds

that the Motion is well taken and should be **GRANTED**. The deadlines in the Initial

Scheduling Order, including the Rule 16 Scheduling Conference set for November 9, 2017, are hereby **VACATED** and will be reset by separate order in 90 days.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE