# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PUBLIC SERVICE COMPANY OF
NEW MEXICO,

      Plaintiff,

vs.                                                                                                                  CV No. 15-501 JAP/CG

APPROXIMATELY 15.49 ACRES OF LAND
IN MCKINLEY COUNTY, NEW MEXICO, et al.,

      Defendants.

Consolidated with

LORRAINE BARBOAN, et al.

      Plaintiffs,

vs.                                                                                                         CV No. 15-826 JAP/CG

PUBLIC SERVICE COMPANY OF
NEW MEXICO, et al.

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND
## INITIAL SCHEDULING ORDER DEADLINES

**THIS MATTER** is before the Court upon the parties' *Unopposed Motion for Extension of Initial Scheduling Order Deadlines*, (Doc. 155), filed February 14, 2018. The parties ask the Court to extend the deadlines in the Initial Scheduling Order, (Doc. 154), for 90 days so the parties can complete the probate process for Defendant Dehiya and substitute the correct party. (Doc. 155 at 1). The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well taken and should be **GRANTED**. The deadlines in the Initial Scheduling Order,

including the Rule 16 Scheduling Conference set for March 12, 2018, are hereby

**VACATED** and will be reset by separate order in 90 days.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE