IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PUBLIC SERVICE COMPANY OF
NEW MEXICO,

    Plaintiff,

vs.                                                              CV No. 15-501 JAP/CG

APPROXIMATELY 15.49 ACRES OF LAND
IN MCKINLEY COUNTY, NEW MEXICO, et al.,

    Defendants.

Consolidated with

LORRAINE BARBOAN, et al.

    Plaintiffs,

vs.                                                              CV No. 15-826 JAP/CG

PUBLIC SERVICE COMPANY OF
NEW MEXICO, et al.

    Defendants.

## **ORDER RESETTING RULE 16 SCHEDULING CONFERENCE**

**THIS MATTER** is before the Court *sua sponte*. **IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference set for Thursday, June 7, 2018 at 2:30 p.m., is reset for **Thursday, June 7, 2018, at 11:00 a.m.**

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including

the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE