# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PUBLIC SERVICE COMPANY OF
NEW MEXICO,

      Plaintiff,

vs.                                                                                                       CV No. 15-501 JAP/CG

APPROXIMATELY 15.49 ACRES OF LAND
IN MCKINLEY COUNTY, NEW MEXICO, et al.,

      Defendants.

Consolidated with

LORRAINE BARBOAN, et al.

      Plaintiffs,

vs.                                                                                       CV No. 15-826 JAP/CG

PUBLIC SERVICE COMPANY OF
NEW MEXICO, et al.

      Defendants.

## ORDER TO FILE JOINT STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties shall file a joint status report by **July 31, 2018**. The joint status report shall state:

1. When the parties anticipate the probate process for Defendant Dehiya's estate will be completed so the Court can reset the Rule 16 scheduling conference; and

2. Whether Defendants Continental Divide Electric Cooperative, Inc. and Transwestern Pipeline Company, LLC will be dismissed from the case, or will participate in the case.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE