IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PUBLIC SERVICE COMPANY OF
NEW MEXICO,

    Plaintiff,

vs.                                                                         CV No. 15-501 JAP/CG

APPROXIMATELY 15.49 ACRES OF LAND
IN MCKINLEY COUNTY, NEW MEXICO, et al.,

    Defendants.

Consolidated with

LORRAINE BARBOAN, et al.

    Plaintiffs,

vs.                                                                           CV No. 15-826 JAP/CG

PUBLIC SERVICE COMPANY OF
NEW MEXICO, et al.

    Defendants.

## ORDER TO FILE STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties shall file a joint status report by **December 10, 2018**. The joint status report shall state when the parties anticipate the probate process for Defendant Dehiya's estate will be completed so the Court can reset the Rule 16 scheduling conference.

                                                                                    _____
                                                                                    THE HONORABLE CARMEN E. GARZA
                                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE