## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

PUBLIC SERVICE COMPANY OF
NEW MEXICO,

    Plaintiff,

vs.                                                                                                          CV No. 15-501 JAP/CG

APPROXIMATELY 15.49 ACRES OF LAND
IN MCKINLEY COUNTY, NEW MEXICO, et al.,

    Defendants.

Consolidated with

LORRAINE BARBOAN, et al.

    Plaintiffs,

vs.                                                                                                          CV No. 15-826 JAP/CG

PUBLIC SERVICE COMPANY OF
NEW MEXICO, et al.

    Defendants.

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** is before the Court on Plaintiffs in *Barboan, et al. v. Public Service Company of New Mexico, et al.* and Individual Defendants in *Public Service Company of New Mexico v. Approximately 15.49 Acres of Land, et al.*'s *Motion for Leave to Withdraw Appearance of Thomas R. Meites* (the "Motion"), (Doc. 238), filed September 30, 2020. In the Motion, counsel request to withdraw Thomas R. Meites as one of the attorneys of record in this matter pursuant to Local Rule 83.8. (Doc. 238 at 1-

2). The Court, having reviewed the Motion and noting it is stipulated by the affected clients, finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Thomas R. Meites is withdrawn as counsel in this matter.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE