**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PUBLIC SERVICE COMPANY OF
NEW MEXICO,

      Plaintiff,

vs.                                      CV No. 15-501 MIS/CG

APPROXIMATELY 15.49 ACRES OF LAND
IN MCKINLEY COUNTY, NEW MEXICO, et al.,

      Defendants.

Consolidated with

LORRAINE BARBOAN, et al.

      Plaintiffs,

vs.                                      CV No. 15-826 MIS/CG

PUBLIC SERVICE COMPANY OF
NEW MEXICO, et al.

      Defendants.

## ORDER TO NOTIFY THE COURT OF STATUS OF SETTLEMENT

**THIS MATTER** is before the Court upon review of the record. The parties have updated the Court monthly, pursuant to this Court's December 3, 2019 Order, (Doc. 224), regarding their ongoing settlement efforts. Most recently, on November 2, 2021, the parties informed the Court that they would notify the Court regarding these efforts by December 2, 2021. (Doc. 256 at 1). To date, the parties have not filed their notification for the month of December.

**IT IS THEREFORE ORDERED** that, on or before **December 24, 2021**, the parties shall notify the Court in writing of the status of their settlement efforts, and,

thereafter, the parties shall notify the Court of such monthly.

**IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE