**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PUBLIC SERVICE COMPANY OF
NEW MEXICO,

      Plaintiff,

vs.                                                                                  CV No. 15-501 MIS/CG

APPROXIMATELY 15.49 ACRES OF LAND
IN MCKINLEY COUNTY, NEW MEXICO, et al.,

      Defendants.


Consolidated with

LORRAINE BARBOAN, et al.

      Plaintiffs,

vs.                                                                                  CV No. 15-826 MIS/CG

PUBLIC SERVICE COMPANY OF
NEW MEXICO, et al.

      Defendants.

## ORDER TO NOTIFY THE COURT OF STATUS OF SETTLEMENT

**THIS MATTER** is before the Court upon review of the record. The parties have

updated the Court monthly, pursuant to this Court's December 3, 2019 Order, (Doc.

224), regarding their ongoing settlement efforts. Most recently, on March 15, 2022, the

parties informed the Court that they would notify the Court regarding these efforts by

April 18, 2022. (Doc. 261 at 2). Given the length of this litigation and, particularly, the

parties' protracted efforts to finalize and execute their settlement agreement, the parties

shall update the Court of their efforts every other month as opposed to each month.

      **IT IS THEREFORE ORDERED** that, on or before **May 16, 2022**, the parties shall

notify the Court in writing of the status of their settlement efforts, and, thereafter, the

parties shall notify the Court of such every other month.

**IS SO ORDERED**.

_____

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE