IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| PUBLIC SERVICE COMPANY OF NEW MEXICO, a New Mexico Corporation, | ) ) ) | |
| Plaintiff, | ) ) | **No. 1:15-cv-00501** |
| v. | ) ) | Judge Margaret I. Strickland |
| APPROXIMATELY 15.49 ACRES OF LAND IN MCKINLEY COUNTY, NEW MEXICO et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| | | Consolidated with (Dkt. 128) |
| LORRAINE J. BARBOAN, et al. | ) ) | |
| Plaintiffs, | ) ) | **No. 1:15-cv-00826** |
| v. | ) ) ) | |
| PUBLIC SERVICE COMPANY OF NEW MEXICO, a New Mexico Corporation, and the UNITED STATES OF AMERICA | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY**

Plaintiff Barboan's Unopposed Motion for Substitution of Party, ECF No. 270, is hereby granted.

IT IS ORDERED pursuant to Federal Rule of Civil Procedure 25(d) that Grace Dehiya be substituted for her late-husband Jones Dehiya as a named plaintiff in *Barboan, et al. v. Public Service Company of New Mexico, et al.*, Case 1:15-cv-00826-MIS/CG, and as an individual defendant in *Public Service Company of New Mexico v. Approximately 15.49 Acres of Land et al.*, Case No. 1:15-cv-00501-MIS/CG.

The Clerk of Court shall amend the case caption consistent with this Order.

*[signature: Margaret Strickland]*

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE