IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PUBLIC SERVICE COMPANY OF
NEW MEXICO, a New Mexico corporation,

    Plaintiff,

v.                                                           No. 1:15-cv-00501-MIS/KRS

APPROXIMATELY 15.49 ACRES OF LAND IN
MCKINLEY COUNTY, NEW MEXICO;
UNITED STATES OF AMERICA; NAVAJO NATION;
NAVAJO TRIBAL UTILITY AUTHORITY;
CONTINENTAL DIVIDE ELECTRIC COOPERATIVE,
INC.; TRANSWESTERN PIPELINE COMPANY, LLC;
CITICORP NORTH AMERICA, INC.; CHEVRON U.S.A. INC.,
AS SUCCESSOR IN INTEREST TO GULF OIL
CORPORATION; HARRY HOUSE, DECEASED;
UNKNOWN HEIRS OF HARRY HOUSE, DECEASED;
LORRAINE BARBOAN (LARENE H. BARBOAN);
PAULINE H. BROOKS; ESTATE OF BENJAMIN HOUSE;
ANNIE H. SORRELL (ANNA H. SORRELL);
MARY ROSE HOUSE (MARY R. HOUSE); DOROTHY
HOUSE (DOROTHY W. HOUSE); ESTATE OF LAURA
CHACO; LEO HOUSE JR.; GRACE DEHIYA;
NANCY DEHEVA ESKEETS; JIMMY A. CHARLEY
(JIM A. CHARLEY); ESTATE OF MARY CHARLEY;
ESTATE OF BOB GRAY, UNKNOWN HEIRS OF
BOB GRAY, DECEASED; CHRISTINE GRAY BEGAY
(CHRISTINE G. BEGAY); THOMAS (THOMPSON)
GRAY (THOMAS GREY); ESTATE OF JIMMIE GREY;
LORRAINE SPENCER; ESTATE OF MELVIN LEE CHARLES;
MARLA L. CHARLEY (MARLA CHARLEY);
KALVIN L. CHARLEY; LAURA A. CHARLEY;
HELEN M. CHARLEY; MARILYN RAMONE;
WYNEMA GIBERSON; ESTATE OF IRENE WILLIE;
EDDIE MCCRAY (EDDIE R. MCCRAE);
ETHEL DAVIS (ETHEL B. DAVIS); ESTATE OF
CHARLEY JOHNSON; WESLEY E. CRAIG;
HYSON CRAIG; NOREEN A. KELLY; ELOUISE J.
SMITH; ELOUISE ANN JAMES (ELOUISE JAMES WOOD,
ELOISE ANN JAMES, ELOUISE WOODS); LEONARD
WILLIE; ALTA JAMES DAVIS (ALTA JAMES);
ALICE DAVIS (ALICE D. CHUYATE); PHOEBE

CRAIG (COWBOY) (PHOEBE C. COWBOY);
NANCY JAMES (NANCY JOHNSON); BETTY
JAMES, DECEASED; UNKNOWN HEIRS OF
BETTY JAMES, DECEASED; LINDA C.
WILLIAMS (LINDA CRAIG-WILLIAMS);
GENEVIEVE V. KING; LESTER CRAIG;
SHAWN STEVENS; FABIAN JAMES;
DAISY YAZZIE CHARLES (DAISY YAZZIE,
DAISY J. CHARLES); ROSIE YAZZIE,
DECEASED; ROSIE C. YAZZIE ESTATE;
UNKNOWN HEIRS OF ROSIE C. YAZZIE,
DECEASED; KATHLEEN YAZZIE JAMES
(CATHERINE R. JAMES); VERNA M. CRAIG;
JUANITA SMITH (JUANITA R. ELOTE);
ALETHEA CRAIG; SARAH NELSON; LARRY
DAVIS, JR.; BERDINA DAVIS; MICHELLE DAVIS;
STEVEN MCCRAY; VELMA YAZZIE;
GERALDINE DAVIS; LARRISON DAVIS
(LARRISON P. DAVIS); ADAM MCCRAY;
MICHELLE MCCRAY; EUGENIO TY JAMES;
LARSON DAVIS; CORNELIA A. DAVIS;
CELENA DAVIS (CELENA BRATCHER);
FRANKIE DAVIS; GLEN CHARLES CHARLESTON
(GLEN C. CHARLESTON); VERNA LEE
BERGEN CHARLESTON (VERNA L. CHARLESTON);
VERN CHARLESTON; GLENDA BENALLY (GLENDA
G. CHARLESTON); KELLY ANN CHARLESTON
(KELLY A. CHARLESTON); SHERYL LYNN CHARLESTON
(SHERYL L. CHARLESTON); SPENCER KIMBALL
CHARLESTON, JR., DECEASED; SPENCER K.
CHARLESTON ESTATE; UNKNOWN HEIRS OF
SPENCER KIMBALL CHARLESTON, JR.
(SPENCER K. CHARLESTON), DECEASED;
EDWIN ALLEN CHARLESTON (EDWIN A.
CHARLESTON); CHARLES BAKER CHARLESTON
(CHARLES B. CHARLESTON); SAM MARIANO,
AND UNKNOWN OWNERS, CLAIMANTS AND HEIRS
OF THE PROPERTY INVOLVED,

        Defendants.

Consolidated with

LORRAINE J. BARBOAN, ESTATE OF LAURA CHACO,
ESTATE OF BENJAMIN HOUSE, MARY R. HOUSE,
ANNIE H. SORRELL, DOROTHY W. HOUSE,
GRACE DEHIYA, KALVIN CHARLEY,

ESTATE OF MARY CHARLEY,
ESTATE OF MELVIN LEE CHARLEY,
MARLA L. CHARLEY, CHRISTINE G. BEGAY,
ESTATE OF JIMMIE GRAY, THOMPSON GREY,
ESTATE OF BOB GREY, LEONARD WILLIE,
ESTATE OF IRENE WILLIE,
ESTATE OF CHARLEY JOHNSON, ELOISE J. SMITH,
SHAWN STEVENS, GLEN C. CHARLESTON,
AND GLENDA G. CHARLESTON,

      Plaintiffs,                                                 No. 1:15-cv-00826-MIS/GJF

v.

PUBLIC SERVICE COMPANY OF
NEW MEXICO, a New Mexico Corporation,
and UNITED STATES OF AMERICA, as
Nominal Defendant,

      Defendants.

## STIPULATED ORDER GRANTING JOINT MOTION
## FOR IN CAMERA REVIEW OF CONFIDENTIAL SETTLEMENT AGREEMENT

This matter came before the Court on Plaintiff, Public Service Company of New Mexico's ("PNM"), Lorraine J. Barboan, Estate of Laura Chaco, Estate of Benjamin House, Mary R. House, Annie H. Sorrell, Dorothy W. House, Grace Dehiya, Kalvin Charley, Estate of Mary Charley, Estate of Melvin Lee Charley, Marla L. Charley, Christine G. Begay, Estate of Jimmie Gray, Thompson Grey, Estate of Bob Grey, Leonard Willie, Estate of Irene Willie, Estate of Charley Johnson, Eloise J. Smith, Shawn Stevens, Glen C. Charleston, Glenda G. Charleston, and Linda C. Williams' ("Barboan Parties") and the United States' (collectively "Parties") Joint Motion for Order Granting Joint Motion for In Camera Review of Confidential settlement agreement ("Motion"). The Court being fully advised on the pleadings and the issues in the case, finds the Motion is well taken and hereby granted.

3

IT IS HEREBY ORDERED, PNM and the Barboan Parties shall submit a hard copy of the confidential settlement agreement between PNM and the Barboan Parties to Honorable Margaret I. Strickland's chambers for in camera review within three (3) days of the date of this Order.

_____
**MARGARET I. STRICKLAND**
**United States District Judge**

Agreed to and submitted by:

MILLER STRATVERT, P.A.

By: _/s/ Kirk R. Allen_____
      Kirk R. Allen
      Elizabeth M. Reitzel
      *Attorneys for PNM*
      500 Marquette Avenue NW, Suite 1100
      Albuquerque, NM 87125
      Phone: (505) 842-1950
      Facsimile: (505) 243-4408
      Email: kallen@mstlaw.com
      Email: ereitzel@mstlaw.com


Agreed to:

DAVIS KELIN LAW FIRM LLC

By: _Email approval 10/12/2022_____
      Zackeree S. Kelin, Esq.
      *Attorney for Barboan Parties*
      127 Bryn Mawr Drive SE
      Albuquerque, NM 87106
      Telephone: (505) 242-7200
      Facsimile: (505) 213-3399
      Email: zkelin@daviskelin.com

      *and*

       LAW OFFICES OF MICHAEL M. MULDER
       Michael M. Mulder1603 Orrington Avenue, Suite 600
       Evanston, Illinois 60201
       Telephone: (312) 263-0272
       Facsimile: (847) 563-2301
       Email:  mmmulder@mmulderlaw.com

Agreed to:

UNITED STATES ATTORNEY

By:  *Email approval 10/21/2022*
       Manuel Lucero
       Assistant U.S. Attorney
       P.O. Box 607
       Albuquerque, NM 87103
       Telephone: (505) 224-1467
       Email: manny.lucero@usdoj.gov

       *and*

       Stephanie P. Kiger
       Office of the Solicitor, Southwest Region
       505 Marquette Ave., Suite 1800
       Albuquerque, New Mexico 87102
       Telephone: (505) 248-5626
       Facsimile: (505) 248-5623
       Email: stephanie.kiger@sol.doi.gov

\\Abq-tamarack\ProData\000003-047972\Pleadings\4756898.docx